AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Justin McAllister

)
)  Case: 1:23-mj-00069
)  Assigned to: Judge Meriweather, Robin M.
)  Assign Date: 3/31/2023
)  Description: COMPLAINT W/ ARREST WARRANT
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Justin McAllister__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building;
18 U.S.C. § 111(a)(1) - Assault on a Federal Officer;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder.

Date: 03/31/2023

2023.03.31
11:51:35 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 01/29/2024, and the person was arrested on (date) 01/29/2024
at (city and state) LaGrange, GA.

Date: 01/29/2024

*Arresting officer's signature*

FBI Special Agent Donald Miller
*Printed name and title*